1  Cyrus Safa
   Attorney at Law: 282971
2  12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
5

6  Attorneys for Plaintiff
   Diana Christine Ballestero

7

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  DIANA CHRISTINE BALLESTERO    ) Case No.:  1:18-cv-00798-GSA
                                  )
13         Plaintiff,             ) STIPULATION TO EXTEND TIME
    v.                            ) TO FILE OPENING BRIEF
14                                )
    NANCY A. BERRYHILL,           ) (FIRST REQUEST)
15  Acting Commissioner of Social )
    Security,                     )
16                                )
                                  )
17         Defendant.             )
   _____)

18

19        Plaintiff Diana Christine Ballestero and Defendant Nancy A. Berryhill,

20  Acting Commissioner of Social Security, through their undersigned attorneys,

21  stipulate, subject to this court's approval, to extend the time by 28 days from

22  February 13, 2019 to March 13, 2019 for Plaintiff to file an Opening Brief, with all

23  other dates in the Court's scheduling order extended accordingly. This is Plaintiff's

24  first

25  ///

26

                                    -1-

1 request for an extension. This request is made at the request of Plaintiff's counsel

2 to allow additional time to fully research the issues presented within the 2500 page

3 administrative record in this matter.  Counsel sincerely apologizes to the court for

4 any inconvenience this may have had upon it or its staff

5 DATE: February 13, 2019                    Respectfully submitted,

6                                  LAWRENCE D. ROHLFING

7                                  /s/ *Cyrus Safa*

8                         BY: _____
                                 Cyrus Safa
                                 Attorney for plaintiff Diana Christine Ballestero
9

10

11 DATE:  February 13, 2019         MCGREGOR W. SCOTT
                                    United States Attorney
12                                  DEBORAH LEE STACHEL
                                    Regional Chief Counsel
13                                  Social Security Administration

14
                                    /s/ *Carol S. Clark*
15
                         BY: _____
16                                  Carol S. Clark
                                    Special Assistant United States Attorney
17                                  Attorneys for defendant Nancy A. Berryhill
                                    Acting Commissioner of Social Security
18                                  |*authorized by e-mail|

19

20 IT IS SO ORDERED.

21
     Dated:   **February 14, 2019**              **/s/ Gary S. Austin**
22                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26